SOPHIE LUTZKER, as Executrix of ESTHER PELTZ, Deceased, Respondent. v. HALPY CAB CORP. et al., Appellants.— Judgment of the Supreme Court, Nassau County, entered October 9, 1973, affirmed, with costs. No opinion. The title of the action is hereby amended to show that Sophie Lutzker, as executrix, is substituted as plaintiff in place of the deceased plaintiff Esther Peltz. Hopkins, Acting P. J., Christ, Brennan, Benjamin and Munder, JJ., concur.